# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

143658

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBERT T. REDMOND,
      Plaintiff,
and

THOMAS R. TIBBLE and PATTI L. TIBBLE,
      Plaintiffs-Appellees,
v

VAN BUREN COUNTY,
      Defendant-Appellee,
and

WALTER W. GOODRICH, SAND HAVEN
SHORES HOMEOWNERS ASSOCIATION,
DARREN MALEK, LARA MALEK, PAUL
C.W. HEMMETER, STEVEN EVANS, Trustee,
RICHARD F. SHIELDS, JAMES W. ATKINSON,
Trustee, STEVEN W. DOMBRAUSKAS,
EDWARD L. PALMER, ALICE J. PALMER,
WOOD TOM MANAGEMENT, and PETER A.
ANGELOS,
      Defendants-Appellants,
and

SAND HAVEN VOLUNTARY ASSOCIATION
and UNKNOWN HEIRS OF DWIGHT AND
ALICE PORTER,
      Defendants.

SC: 143658
COA: 297349
Van Buren CC: 07-560570-CH

_____/

On order of the Court, the application for leave to appeal the July 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

t0425